## State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

Decided and Entered:  February 5, 2015                 519036
_____

In the Matter of JOHN MITCHELL,
                    Petitioner,

        v
                                        MEMORANDUM AND JUDGMENT
ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
                    Respondent.
_____

Calendar Date:  December 2, 2014

Before:  McCarthy, J.P., Garry, Devine and Clark, JJ.

_____

        John Mitchell, Alden, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H. Schiff of counsel), for respondent.

_____

        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Chemung County) to review a determination of respondent which found petitioner guilty of violating a prison disciplinary rule.

        Determination confirmed.  No opinion.

        McCarthy, J.P., Garry, Devine and Clark, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court